## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                              )
                                    )
FRANCIS DEAN WATSON                 )      Case No. 09-10022 NLJ
JEFFREY DEAN WATSON                 )      Chapter 7
                                    )
                Debtors.            )

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the court have been complied with and that pursuant

to the Amended Trustee's Final Report and Proposed Distribution, all additional dividend checks have

been issued and mailed to creditors at their last known addresses.

The claim distributions listed on the attached report entitled *Dividends Remitted To The*

*Court* have not mailed for the reason that the additional dividend to be paid to each creditor is

under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total

amount of $4.74. which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy

Procedure.

                          */s/ G. David Bryant,* Trustee
                          G. David Bryant, Trustee  OBA #01264
                          KLINE, KLINE, ELLIOTT & BRYANT, P.C.
                          720 NE 63rd Street
                          Oklahoma City OK 73105
                          (405) 848-4448
                          (405) 842-4539- fax

Date:  07/27/10

## DIVIDENDS REMITTED TO THE COURT
Check Number 1012 Dated 07/27/10
Case Number 09-10022 - WATSON, FRANCIS DEAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>7180 | 000002 | 116.74 | 4.74 |
| ---------- Remittance Total -------------- | | 116.74 | 4.74 |

G. DAVID BRYANT, TRUSTEE